UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Orochem Technologies, Inc.
                                    Plaintiff,

v.                                               Case No.: 1:17−cv−06983
                                                     Honorable Thomas M. Durkin

Whole Hemp Company, LLC, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 12, 2017:

       MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for expedited discovery [12] is granted. Defendants that are represented are to comply with the discovery requests by 10/26/2017. Plaintiff's motion for leave to file excess pages [14] is granted. Motion hearing held on 10/12/2017. A preliminary injunction hearing set for 11/21/2017 at 09:30 AM. Status hearing set for 10/26/2017 at 09:00 AM. Leave is granted to file under seal any documents that refer to trade secrets. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.