**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| OROCHEM TECHNOLOGIES, INC., an Illinois Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHOLE HEMP COMPANY LLC, a Colorado Limited Liability Company, doing business as FOLIUM BIOSCIENCES, KASHIF SHAN, RAJ GUPTA, BRAD JONES, ZACH JONES, CHRIS HALEY, ERIC FLEMING and PRAVIN NINAWE, )<br>)<br>Defendants. ) | Case No. 17-cv-6983-TMD-MV |

**DEFENDANT WHOLE HEMP COMPANY LLC D/B/A FOLIUM BIOSCIENCES NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant, WHOLE HEMP COMPANY LLC, a Colorado Limited Liability Company, doing business as FOLIUM BIOSCIENCES, states that none of its members are publicly held affiliates and that it has no parent corporation.

Dated October 18, 2017.

S/ Craig A. Brand, Esq.

_____
CRAIG A. BAND, ESQ.
FBN: 896111
Ganja Law PLLC
Attorney for Defendants, Whole Hemp Company, Kashif Shan and Raj Gupta
6411 S. Jamaica Circle
Englewood, CO 80111
Tel: 855-484-2529
Email: Craig@ganjalaw.com

1

and

Mark F. Slavin, Esq.
Nancy Richter, Esq.
Slavin & Slavin LLC
Attorneys for Defendants, Whole Hemp
Company, Kashif Shan and Raj Gupta
100 North LaSalle Street, 25th Floor
Chicago, IL 60602
Tel: 312-782-7848
mslavin@slavinlaw.com
nrichter@slavinlaw.com