# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Orochem Technologies, Inc.

                               Plaintiff,

v.                                      Case No.: 1:17−cv−06983

                                             Honorable Thomas M. Durkin

Whole Hemp Company, LLC, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 3, 2017:

       MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 11/3/2017. The 11/21/2017 preliminary injunction hearing is vacated and reset for 12/11/2017 at 09:30 AM. Plaintiff's motion to compel [43] is referred to Magistrate Judge Valdez. Status hearing set for 11/20/2017 at 09:00 AM. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.