UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Orochem Technologies, Inc.
                           Plaintiff,
v.                                              Case No.: 1:17−cv−06983
                                                Honorable Thomas M. Durkin
Whole Hemp Company, LLC, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 18, 2018:

MINUTE entry before the Honorable Maria Valdez: Defendants Whole Hemp Company d/b/a Folium Biosciences's Motion to Compel Plaintiff, Orochem Technologies, Inc., to Produce Documents and ESI Requested in Defendant Whole Hemp Company d/b/a Folium Biosciences's Second Special Requests for Production [101] and Defendants Whole Hemp Company d/b/a Folium Biosciences, Kashif Shan, Raj Gupta, and Brad Jones's Motion to Compel Fed. R. Civ. P. 34 Inspection of Orochem Technologies Inc. Facility [105] are denied. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.