UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OROCHEM TECHNOLOGIES, INC., an Illinois Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WHOLE HEMP COMPANY LLC, a Colorado Limited Liability Company, doing business as FOLIUM BIOSCIENCES, KASHIF SHAN, RAJ GUPTA, BRAD JONES, ZACH JONES, CHRIS HALEY, ERIC FLEMING and PRAVIN NINAWE, )<br>)<br>Defendants. ) | Case No. 17-cv-6983-TMD-MV |

**<u>NOTICE OF MOTION</u>**
**<u>DEFENDANTS WHOLE HEMP COMPANY D/B/A FOLIUM BIOSCIENCES, KASHIF SHAN, RAJ GUPTA AND BRAD JONES MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION IN THE INTEREST OF JUDICIAL ECONOMY</u>**

To:    Richard J. Prendergast
        Michael T. Layden
        Brian C. Prendergast
        Collin Bruck
        David Rivelli
        RICHARD J. PRENDERGAST, LTD.
        111 W. Washington, Suite 1100
        Chicago, Illinois 60602
        (312) 641-0881
        rprendergast@rjpltd.com
        mlayden@rjpltd.com
        bprendergast@rjpltd.com
        cbruck@rjpltd.com
        drivelli@rjpltd.com

        John C. Ellis
        ELLIS LEGAL P.C.
        200 W. Madison St., Suite 1940

1

    Chicago, Illinois 60606
    (312) 967-7629
    jellis@ellislegal.com

**PLEASE TAKE NOTICE** that on **3rd day, May, 2018, at 9:00 A.M.**, or as soon thereafter as it may be heard, we shall appear **before the Honorable Judge Thomas M. Durkin in Room 1441** of the Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, Illinois, and shall present **the following motion attached hereto**:

<u>**DEFENDANTS WHOLE HEMP COMPANY D/B/A FOLIUM BIOSCIENCES, KASHIF SHAN, RAJ GUPTA AND BRAD JONES MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION IN THE INTEREST OF JUDICIAL ECONOMY**</u>.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 26, 2018, I electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, (in Sealed and unsealed format: Exhibits being Sealed), using the Court's CM/ECF system, and that an electronic copy of the following was transmitted to all counsel of record by email or secure file transfer protocol the following: (1) This Notice of Motion; (2) Defendants WHOLE HEMP COMPANY D/B/A FOLIUM BIOSCIENCES, KASHIF SHAN, RAJ GUPTA and BRAD JONES MOTION for Leave to File Motion for Summary Judgment on Plaintiff's Motion For Temporary Restraining Order or Preliminary Injunction in the Interest of Judicial Economy, Incorporating Memorandum of Law.

    Dated April 26, 2018.

S/ Craig A. Brand, Esq.
_____
CRAIG A. BRAND, ESQ.
FBN: 896111
Lead Counsel
Ganja Law PLLC
Attorney for Defendants, Whole Hemp
Company, Kashif Shan and Raj Gupta
6411 S. Jamaica Circle
Englewood, CO 80111
Tel: 855-484-2529
Email: Craig@ganjalaw.com

and

Mark F. Slavin, Esq.
Nancy Richter, Esq.
Slavin & Slavin LLC
Attorneys for Defendants, Whole Hemp
Company, Kashif Shan and Raj Gupta
100 North LaSalle Street, 25th Floor
Chicago, IL 60602
Tel: 312-782-7848
mslavin@slavinlaw.com
nrichter@slavinlaw.com