**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Orochem Technologies, Inc. | ) ) ) | Case No: 17 C 6983 |
| v. | ) ) ) | Judge: Thomas M. Durkin |
| Whole Hemp Company, LLC | ) ) ) | |

**ORDER**

At the request of defendants' counsel, the Clerk is directed to remove from the docket document # 130, defendants' notice of motion. Defendants are instructed to re-file their notice of motion without any attached exhibits.

Date:  4/27/2018                                                                /s/ Thomas M. Durkin