UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OROCHEM TECHNOLOGIES, INC., an Illinois Corporation, ) ) ) | |
| Plaintiff, ) ) | Case No. 17-cv-6983-TMD-MV |
| v. ) ) | |
| WHOLE HEMP COMPANY LLC, a Colorado Limited Liability Company, doing business as FOLIUM BIOSCIENCES, KASHIF SHAN, RAJ GUPTA, BRAD JONES, ZACH JONES, CHRIS HALEY, ERIC FLEMING and PRAVIN NINAWE, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF MOTION
## DEFENDANTS WHOLE HEMP COMPANY D/B/A FOLIUM BIOSCIENCES, KASHIF SHAN, RAJ GUPTA AND BRAD JONES MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION IN THE INTEREST OF JUDICIAL ECONOMY

To: Richard J. Prendergast
Michael T. Layden
Brian C. Prendergast
Collin Bruck
David Rivelli
RICHARD J. PRENDERGAST, LTD.
111 W. Washington, Suite 1100
Chicago, Illinois 60602
(312) 641-0881
rprendergast@rjpltd.com
mlayden@rjpltd.com
bprendergast@rjpltd.com
cbruck@rjpltd.com
drivelli@rjpltd.com

John C. Ellis
ELLIS LEGAL P.C.
200 W. Madison St., Suite 1940

1

Chicago, Illinois 60606
(312) 967-7629
jellis@ellislegal.com

**PLEASE TAKE NOTICE** that on **3rd day, May, 2018, at 9:00 A.M.**, or as soon thereafter as it may be heard, we shall appear **before the Honorable Judge Thomas M. Durkin in Room 1441** of the Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, Illinois, and shall present **the following motion attached hereto:**

<u>DEFENDANTS WHOLE HEMP COMPANY D/B/A FOLIUM BIOSCIENCES, KASHIF SHAN, RAJ GUPTA AND BRAD JONES MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION IN THE INTEREST OF JUDICIAL ECONOMY.</u>

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2018, I electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, (in Sealed and unsealed format: Exhibits being Sealed), using the Court's CM/ECF system, and that an electronic copy of the following was transmitted to all counsel of record by email or secure file transfer protocol the following: (1) This Notice of Motion; (2) Defendants WHOLE HEMP COMPANY D/B/A FOLIUM BIOSCIENCES, KASHIF SHAN, RAJ GUPTA and BRAD JONES MOTION for Leave to File Motion for Summary Judgment on Plaintiff's Motion For Temporary Restraining Order or Preliminary Injunction in the Interest of Judicial Economy, Incorporating Memorandum of Law.

Dated April 27, 2018.

        S/Mark F. Slavin, Esq.

        _____

        MARK F. SLAVIN, ESQ.
        Nancy Richter, Esq.
        Jodi Rosen Wine, Esq.
        Slavin & Slavin LLC
        Attorneys for Defendants, Whole Hemp
        Company, Kashif Shan, Raj Gupta and Brad Jones
        100 North LaSalle Street, 25th Floor
        Chicago, IL 60602
        Tel: 312-782-7848
        mslavin@slavinlaw.com
        nrichter@slavinlaw.com
        jwine@slavinlegal.com

        and

        CRAIG A. BRAND, ESQ.
        FBN: 896111
        Lead Counsel
        Ganja Law PLLC
        Attorney for Defendants, Whole Hemp
        Company, Kashif Shan, Raj Gupta and Brad Jones
        6411 S. Jamaica Circle
        Englewood, CO 80111
        Tel: 855-484-2529
        Craig@ganjalaw.com